UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA,          Civil No. 09-761 (PAM/JJG)

    Plaintiff,

v.                                        **ORDER**

DORLA HERSHKOVITZ,

    Defendant.

---

This matter is before the Court on Plaintiff's Motion for Summary Judgment. Defendant Dorla Hershovitz has not responded to the Motion and did not appear for argument. The Court has reviewed the briefs and arguments of counsel, as well as the files and records submitted, and concludes that summary judgment should be granted. Accordingly, **IT IS HEREBY ORDERED that**:

1.     Plaintiff's Motion for Summary Judgment (Docket No. 8) is **GRANTED**; and

2.     Judgment is entered for Plaintiff and against Defendant in the amount of $2,696.58 in principal; prejudgment interest to January 14, 2009, of $3,851.70; additional prejudgment interest at the rate of eight percent per annum from January 14, 2009, to the date of entry of judgment; postjudgment interest at the legal rate, and, pursuant to 28 U.S.C. § 2412, costs of $350.00.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Date: April 30, 2010

                                                           s/Paul A. Magnuson
                                                           Paul A. Magnuson
                                                           United States District Court Judge